*Roberts* for appellant. *James W. Witherspoon* and *Earnest L. Langley* for appellee. *Solicitor General Rankin* and *Assistant Attorney General Rice* for the United States, as *amicus curiae,* in opposition to the motion of appellee to dismiss.

No. 770. BATES ET AL. *v.* CITY OF LITTLE ROCK ET AL. Supreme Court of Arkansas. Certiorari granted. *Robert L. Carter* and *Frank D. Reeves* for petitioners. *Joseph C. Kemp* for the City of Little Rock, respondent.

No. 809. UNITED STATES *v.* PRICE. C. A. 9th Cir. Certiorari granted. *Solicitor General Rankin, Assistant Attorney General Rice, Ralph S. Spritzer, A. F. Prescott* and *George F. Lynch* for the United States. *W. Lee McLane, Jr.* for respondent.

No. 836. FEDERAL TRADE COMMISSION *v.* TRAVELERS HEALTH ASSOCIATION. C. A. 8th Cir. Certiorari granted. *Acting Solicitor General Davis, Assistant Attorney General Hansen, Richard A. Solomon, Earl W. Kintner* and *James E. Corkey* for petitioner. *C. C. Fraizer* for respondent.

No. 627, Misc. JONES *v.* UNITED STATES. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit granted. *Herbert S. Marks* and *Louis Henkin* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Carl H. Imlay* for the United States.